David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

ALAN E. SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: +1 212 937 7294
Facsimile: +1 212 230 8888

ANDREW S. DULBERG (*pro hac vice*)
andrew.dulberg@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

*Attorneys for Defendants Schwab Charitable Fund, Schwab Charitable Board of Directors, and Schwab Charitable Investment Oversight Committee*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PHILIP PINKERT, individually and on behalf of a class of similarly situated individuals, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB CHARITABLE FUND, CHARLES SCHWAB & CO., SCHWAB CHARITABLE BOARD OF DIRECTORS, and SCHWAB CHARITABLE INVESTMENT OVERSIGHT COMMITTEE,<br><br>Defendants. | Case No. 3:20-cv-07657-LB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MOVE DATE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Defendants Schwab Charitable Fund, Schwab Charitable Board of Directors, and Schwab Charitable Investment Oversight Committee (the "Schwab Charitable Defendants") and Defendant Charles Schwab & Co. have filed a Motion to Move the Date of the Hearing on Defendants' Motions to Dismiss. Defendants have requested that the hearing date be moved from May 20, 2021 at 9:30 AM to June 17, 2021 at 9:30 AM. Plaintiff Philip Pinkert has indicated that he does not oppose the motion. Upon consideration, IT IS HEREBY ORDERED that this motion is GRANTED. The hearing on Defendants' motions to dismiss shall be reset to June 17, 2021, at 9:30 AM.

**IT IS SO ORDERED.**

DATED: _____May 11_____, 2021      _____
                                         HONORABLE LAUREL BEELER
                                         UNITED STATES MAGISTRATE JUDGE