Matthew C. Helland, CA Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Jennifer K. Lee, MN Bar No. 0399012*
jlee@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFF AND THE
PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Philip Pinkert, individually and on behalf of a Class of similarly situated individuals, and on behalf of the general public,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Schwab Charitable Fund, Charles Schwab & Co., Schwab Charitable Board of Directors, and Schwab Charitable Investment Oversight Committee,<br><br>　　　　Defendants. | Case No. 20-7657<br><br>**PLAINTIFF'S STATUS UPDATE** |

1 | Pursuant to the Court's Order *(ECF No. 75)*, Plaintiff Philip Pinkert, by and through his counsel, respectfully gives notice of his intent to not file an amended complaint and to appeal the Court's Order Granting Defendants' Motion to Dismiss *(ECF No. 74)*.

Respectfully,

Dated: July 12, 2021

**NICHOLS KASTER, LLP**

By: /s/ Kai Richter
　　 Kai Richter

**COUNSEL FOR PLAINTIFF AND THE PROPOSED CLASS**