UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PHILIP PINKERT,<br><br>         Plaintiff,<br><br>    v.<br><br>SCHWAB CHARITABLE FUND, et al.,<br><br>         Defendants. | Case No. 20-cv-07657-LB<br><br>**JUDGMENT** |

On June 17, 2021, the court granted the defendants' motions to dismiss and dismissed the plaintiff's complaint with leave to amend by July 8, 2021. (Order – ECF No. 74.) The plaintiff did not file an amended complaint and instead gave notice that he will appeal the order. (Status Report – ECF No. 76.) Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 12, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-07657-LB